# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)    that the document has been served*
*1.    que la demande a été exécutée*
- the (date)
- *le (date)*    **30 GEN. 2025**
- at (place, street, number)
- *à (localité, rue numéro)*    OPERA (MI) VIA TREBBIA 19/4

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*

   [X]   (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
       *a)   selon les formes légales (article 5, alinéa premier, lettre a).*

   [ ]   (b)   in accordance with the following particular method*:
       *b)   selon la forme particulière suivante:* _____

   [ ]   (c)   by delivery to the addressee, who accepted it voluntarily.*
       *c)   par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)*    ABRAMO SPIZZI    (FIRMA PER RICEVUTA DI COPIA)

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* SOCIO DELLA S.G.A. SNC DI SPIZZI

2)    that the document has not been served, by reason of the following facts*:
*2.    que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons and Notice of Pretrial Conference in an Adversary Proceeding, Complaint to Avoid and Recover Transfers Pursuant to 11 USC §§ 547 and 550 and to Disallow Claims Pursuant to 11 USC § 502, Exhibit A, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at   OPERA (MI)   , the   **30 GEN. 2025**
*Fait à*                *, le*

Signature and/or stamp.
*Signature et/ou cachet.*

CORTE APPELLO MILANO
UFFICIALE GIUDIZIARIO
Claudio Ranieri

_____
_____

*   Delete if inappropriate.
   *Rayer les mentions inutiles.*

UNEP - MILANO
Abis/9 Cr. 286    Rif. 197

NON URGENTE

| | |
|---|---|
| Trasferte | 10,46 |
| Spese Postali | 0,00 |
| **TOTALE** | **10,46** |

Zona 35 (944)
MITARITONNA DONATA.
1/35

28/01/2025
L'Ufficiale Giudiziario

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant *Identité et adresse du requérant* | Address of receiving authority *Adresse de l'autorité destinataire* |
|---|---|
| **Glenda E. Fichtner** **APS INTERNATIONAL, LTD** **APS International Plaza** **7800 Glenroy Road** **Minneapolis, Minnesota 55439-3122** **U.S.A.** **Tel. 952.831.7776     Fax: 952.831.8150** **Email: GEF@CivilActionGroup.com** | **UFFICIO UNICO DEGLI UFFICIALI GIUDIZIARI** **PRESSO LA CORTE DE APPELLO DI ROMA** Ufficio Unico Ufficiali Giudiziari presso la Corte d'Appello di **Roma** **Viale Giulio Cesare, 52** **Rome** **00192** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
     (identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

     *(identité et adresse)*  S.G.A. SNC Spizzi
_____Via Trebbia 19/4,  Opera, Milan 20073, Italy_____
     Tel:

[X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     *b)    selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*_____
_____

[ ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     *c)    le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

Summary of the Document to be Served
Summons and Notice of Pretrial Conference in an
Adversary Proceeding
Complaint to Avoid and Recover Transfers Pursuant
to 11 USC §§ 547 and 550 and to Disallow Claims
Pursuant to 11 USC § 502
Exhibit A
Translations
_____
_____
_____

Done at _____ the
Fait à  Minneapolis, Minnesota, U.S.A.          le    8/28/2024

Signature and/or stamp.
*Signature et/ou cachet.*

*Glenda Fichtner*

(Formerly OBD-116 which was formerly LAA-116,          USM-94
both of which may still be used)                              (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

284838 - 1

Case Name:   Old Revco GUC Liquidating Trust v. S.G.A. SNC Spizzi
Defendant:   S.G.A. SNC Spizzi
Court Case No.:  22-10784-dsj; Adv. Proc. No. 24-01168-dsj

## CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) **that the document has been served\***
*1.  que la demande a été exécutée*
- the (date)
- *le (date)*   JAN 30, 2025
- at (place, street, number)
- *à (localité, rue numéro)*   *OPERA (MI)  VIA TREBBIA 19/4*

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
  [X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.
     *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
  [ ]  (b)  in accordance with the following particular method\*:
     *b)   selon la forme particulière suivante:*

  [ ]  (c)  by delivery to the addressee, who accepted it voluntarily.\*
     *c)   par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)* ABRAMO SPIZZI   */s/signature   (SIGNATURE OF THE COPY FOR RECEIPT)*

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* ASSOCIATE OF S.G.A. SNC OF SPIZZI

2) **that the document has not been served, by reason of the following facts\*:**
*2.  que la demande n'a pas été exécutée, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons and Notice of Pretrial Conference in an Adversary Proceeding, Complaint to Avoid and Recover Transfers Pursuant to 11 USC §§ 547 and 550 and to Disallow Claims Pursuant to 11 USC § 502, Exhibit A, Translations

| | |
|---|---|
| **Annexes** | APS INTERNATIONAL |
| *Annexes* | APS International Plaza |
| **Documents returned:** | 7800 Glenroy Road |
| *Pièces renvoyées:* | Minneapolis, MN 55439 |

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at               , the
*Fait à* OPERA (MI)        *, le* JAN 30, 2025

Signature and/or stamp.   THE COURT OF APPEALS OF MILAN
*Signature et/ou cachet.*     THE PROCESS SERVER
                           Claudio Ranieri
                           */s/signature*

\*   Delete if inappropriate.
    *Rayer les mentions inutiles.*

UNEP - MILAN
Abis/9 Chr. 286
**Rif. 197**
**NOT URGENT**
Travel         €10.46
Postal Fees   € 0.00
**TOTAL**       **€10.46**
Zone 35 (944)
**MITARITONNA DONATA**
1/35
    01/28/2025
The Process Server  [Barcode]